# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

STEVEN R. RANN,

Petitioner,

v.

DON HULICK,

Respondent.                                                No. 08-CV-792-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter came before the Court on Report and Recommendation from United States Magistrate Judge Stephen C. Williams.

**IT IS ORDERED AND ADJUDGED** that pursuant to the order entered by this Court on October 19, 2011, the petition is **DENIED** and this case is **DISMISSED** with prejudice.------------------------------------------------------------------------------------------

                                              NANCY J. ROSENSTENGEL,
                                              CLERK OF COURT


                                    BY:  /s/*Sandy Pannier*
                                                **Deputy Clerk**

Dated: October 19, 2011

Digitally signed by
David R. Herndon
Date: 2011.10.19
10:07:28 -05'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT